**Order filed April 25, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01108-CV

———————

## WARREN ALDOUS AND MICHAEL ALDOUS, Appellants

## V.

## ERIC BRUSS, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09CV0104**

## ORDER

This court issued a Memorandum Opinion and judgment affirming the trial court's judgment on April 4, 2013. Appellants' motion for rehearing or reconsideration was due within 15 days after this court's judgment was rendered. *See* Tex. App. P. 49.1. Therefore, appellants' motion for rehearing or reconsideration was due on April 19, 2013. Appellant Warren Aldous filed a motion for rehearing on April 19, 2013. Appellant Michael Aldous filed a motion for en banc reconsideration on April 22, 2013, however.

If a motion for rehearing or reconsideration is filed within 15 days of its due date, a party may filed a motion for extension of time. *See* Tex. R. App. P. 49.8. Michael Aldous's motion was filed within 15 days of its due date, but no motion for extension of time was filed.

Accordingly, we **ORDER** appellant **Michael Aldous** to file a proper motion to extend time to file the motion for reconsideration, in accordance with Rules 10.5(b) and 49.8, within **10 days** of the date of this order. If appellant does not comply with this order, the court will strike the motion for reconsideration as untimely. *See* Tex. R. App. P. 49.1.

PER CURIAM